**CSD 1490** [08/22/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on April 08, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER REOPENING ESTATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//
//
//
//
//
//

DATED: April 08, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for Movant

CSD 1490

```
CSD 1490 [08/22/03] (Page 2)
ORDER REOPENING CASE
DEBTOR:                                                              CASE NO:
```

Upon the Motion of _____ ;

**IT IS ORDERED** that the estate of the above-named debtor be, and it is hereby reopened pursuant to Federal Rule of Bankruptcy Procedure 5010 for the purpose of


and for such other action as may be deemed necessary.

```
CSD 1490
```

*Signed by Judge Peter W. Bowie April 08,2010*